**MAGISTRATE JUDGE J. KELLEY ARNOLD**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. CR06-5636FDB |
| | ) | |
| vs. | ) | AGREED ORDER MODIFYING |
| | ) | BOND CONDITIONS |
| RICHARD ALLEN OLINGER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

THIS MATTER having come on before the Court on the agreed motion of the Defendant, RICHARD ALLEN OLINGER, and the United States of America for an order modifying the bond conditions that were previously imposed in this case; the Court having reviewed the records and files herein, having heard the arguments of counsel; the Court finding that good cause exists to grant the modification; the Court finding that the said modification is reasonable and appropriate under the circumstances of this case; and the Court finding that the proposed modification is agreed to by the government; now, therefore, it is hereby

ORDERED, ADJUDGED and DECREED that the agreed motion for an order modifying the bond conditions imposed in this case, is hereby GRANTED; and it is further

ORDERED, ADJUDGED and DECREED that the travel restrictions previously ordered herein shall be modified so that the Defendant, RICHARD OLINGER, shall be and he is hereby permitted to travel throughout the Continental United States; and, it is further

ORDERED, ADJUDGED, and DECREED that all of the other terms and conditions of the conditions of release heretofore imposed by this Court on September 22, 2007, and modified by this Court on March 14, 2007, shall remain in full force and effect.

SO ORDERED this  21st day of  May, 2007.


*/s/ J. Kelley Arnold*_____
UNITED STATES MAGISTRATE JUDGE


Presented by:                                            Approved for Entry:

WILLIAM R. MICHELMAN, INC., P.S.        UNITED STATES ATTORNEY

s/William R. Michelman                              s/Michael Dion

_____       _____
William R. Michelman, WSBA #6803          By: Michael Dion
Attorney for Defendant                              Assistant United States Attorney
                                                              Attorney for Plaintiff


**AGREED ORDER MODIFYING
BOND CONDITIONS - 2**